**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN RE: MODIFICATION TO
FINAL SCHEDULING ORDER IN
CIVIL CASES ASSIGNED TO    Case No. 4:95mc40111
JUDGE M. CASEY RODGERS.**
_____/

## ADMINISTRATIVE ORDER OF CLARIFICATION

This Order clarifies the Administrative Order entered in the above-referenced cases on this date. That Administrative Order was intended to apply only to civil cases with a Final Scheduling Order in which the parties are *currently* engaged in discovery. In those cases only, discovery—with the exception of written discovery—is suspended, and the corresponding deadlines for mediation and/or dispositive motions are tolled, for 30 days. As now clarified, the prior Administrative Order does not authorize additional discovery in any case in which discovery was closed as of March 13, 2020, nor does it extend any mediation or dispositive motion deadlines in such cases.

**SO ORDERED**, on this 13th day of March, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**